HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NICHOLAS SSEBAMBULIDDE and SAMALIE NASSOZI,

Plaintiff,

v.

GROUP HEALTH; DR. PAULA SMITH, and FRANCISCAN HEALTH SYSTEM,

Defendant.

CASE NO. C11-5352RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Plaintiffs' Response to the Court's Order to Show Cause. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Plaintiffs filed a proposed Complaint together with an Application to Proceed *In Forma Pauperis*. In the Complaint plaintiffs allege that they were harmed due to the actions of Group Health, Dr. Paula Smith, and Franciscan Health Systems. The activities complained of were covered by Group Health and occurred at St. Joseph Hospital in Tacoma, WA. On May 10, 2011 the Court entered an Order to Show Cause why this case should not be dismissed because it

ORDER- 1

appeared the Court lacked jurisdiction in this matter due to the apparent lack of diversity of citizenship.

Plaintiffs' response to the Court's Order argues that this Court has jurisdiction because Franciscan Health System is headquartered in Englewood, Colorado.

"Diversity jurisdiction requires that the plaintiffs and each defendant be citizens of different states." In order to invoke the diversity jurisdiction of this Court, all plaintiffs must be of diverse citizenship than all defendants. *See e.g., Munoz v. Small Business Administration*, 644 F.2d 1361, 1365 (9th Cir. 1981). Individuals are citizens of their state of domicile. *See e.g., Kantor v. Wellesley Galleries*, 704 F.2d 1088, 1090 (9th Cir. 1983). Corporations are deemed to be citizens of the state of incorporation and the state of its principle place of business. 28 U.S.C. § 1332(c).

Here, plaintiffs are domiciled in Tacoma and are thus citizens of Washington. A check of the Secretary of State's Office, Corporations Division website indicates that both Group Health and Franciscan Health System are incorporated in Washington, and are thus citizens of Washington. Therefore, plaintiffs and defendants are not "citizens of different states," 28 U.S.C. § 1332(a)(1), and this Court lacks jurisdiction over this matter.

Plaintiffs' Application to Proceed *In Forma Pauperis* is **DENIED as MOOT** and the proposed Complaint is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

1     The Clerk shall send uncertified copies of this order to all counsel of record, and to any

2 party appearing pro se.

3     Dated this 24th day of May, 2011.

                                  /s/ Ronald B. Leighton

                              RONALD B. LEIGHTON
                              UNITED STATES DISTRICT JUDGE