# United States District Court
## WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE

NICHOLAS SSEBAMBULIDDE and
SAMALIE NASSOZI,

      v.

CASE NUMBER: 11-cv-5352 RBL

NICHOLAS SSEBAMBULIDDE and
SAMALIE NASSOZI,


[ √ ]   **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.


THE COURT HAS ORDERED THAT


Plaintiffs' Application to Proceed *In Forma Pauperis* is **DENIED as MOOT** and the

proposed Complaint is **DISMISSED** without prejudice.


*DATED :* May 26, 2011


                      WILLIAM M. McCOOL
                      *Clerk*


                      s/   Jean Boring
                      *(By) Deputy Clerk*, Jean Boring